CELESTINE MARIE
ANDERSON,

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

Appellant,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D16-342

JAMES ARTHUR WILLIAMS,

Appellee.

_____/

Opinion filed August 11, 2016.

An appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

Celestine Marie Anderson, pro se, for Appellant.

James Arthur Williams, pro se, for Appellee.


PER CURIAM.

    AFFIRMED.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.